IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HYBRID AUDIO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  1:16-cv-10648 |
| | ) | |
| PIONEER CORPORATION, PIONEER | ) | JURY TRIAL DEMANDED |
| NORTH AMERICA, INC. and PIONEER | ) | |
| ELECTRONICS (USA) INC., | ) | |
| | ) | |
| Defendants. | ) | |

## Motion to File Under Seal

Pursuant to Local Rule 7.2, Plaintiff Hybrid Audio LLC ("Plaintiff") seeks leave of the

Court to file under seal Plaintiff's Motion to Extend Time for Serving Complaint on Defendants

Pioneer Corporation, Pioneer North America, Inc., and Pioneer Electronics (USA) Inc.

("Defendants").  The substance of the motion contains confidential information regarding the

settlement discussions between the parties and therefore should not be subject to public

inspection.  As Defendants have not yet made an appearance in this matter, Plaintiff is taking

extra precautions to protect the interests of both parties in this matter.  Pursuant to Local Rule

7.2(a), Plaintiff believes good cause exists for the Motion to Extend to be impounded until

further order of the Court

WHEREFORE, Plaintiff requests the Court allow Plaintiff's Motion to Extend Time for

Serving Complaint on Defendants be filed under seal, and to allow said motion to remain

impounded until further order of the Court.

DATED:  June 29, 2016                     ARROWOOD PETERS LLP

                                          By:  */s/ Raymond P. Ausrotas*
                                          Raymond P. Ausrotas (BBO #640315)
                                          10 Post Office Square
                                          Suite 1180 North
                                          Boston, MA  02109
                                          Phone:  (617) 849-6200
                                          Facsimile:  (617) 849-6201
                                          rausrotas@arrowoodpeters.com

                                          Timothy Devlin
                                          Delaware Bar No. 4241
                                          DEVLIN LAW FIRM LLC
                                          1306 N. Broom Street, 1st Floor
                                          Wilmington, DE  19806
                                          Phone:  (302) 449-9010
                                          tdevlin@devlinlawfirm.com

                                          *Attorneys for Plaintiff Hybrid Audio, LLC*


## CERTIFICATE OF SERVICE

I, Raymond P. Ausrotas, hereby certify that this document has been filed through the

ECF system and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF).

                                          */s/ Raymond P. Ausrotas*
                                          Edward Foye


Dated:  June 29, 2016